UNITED STATES DISTRICT COURT SOUTHERN DISTRICT COURT

OF ALABAMA

MONICA TAYLOR

    PLAINTIFF,

V.                                            CIVIL ACTION : 1;23-00328-KD-N

MOBILE POLICE DEPARTMENT

    DEFENDANT

Respond Not to Dismissed.

~~Statement of Claim~~

COME NOW, on this day August 28,2023, I the Plaintiff Monica Taylor file a Civil Rights Violation complaint 42 U.S. C 1983 My complaint against City of Mobile Police Department lack of training, and two Officer, Smith and Bradley and use excessive force. State Law claim 42 U.S C. 1983, The Plaintiff is a time long residence of Mobile Alabama. George Floyd Act 03/03/2021 H.R.1280 117

Monica Taylor is a respected military veteran that has served our country for (x) amount of years. With this background given, she is disciplined and respectful of the law. On July ninth, Mobile officers showed up to Monica Taylors residence with complete negligence of their training.

First, she was not informed of the reasoning of the detainment that was never communicated. As Ms. Taylor was trying to clearly state her grievances, the other party would not respect her side of communication. The officers that responded to the call made no clear effort to let her speak.

The manner of the officers showed that they were not there to hear her whatsoever. They made a mockery by doing such actions as not making eye contact, brushing follicles off their uniforms and simply not showing signs of empathy.

The Morning of July 9, The Defendants answer a call from the neighbor of the Plaintiff house, at the location of Long Leaf Gate.42 U.S.C 1983 The first officer on the scene get statement from the neighbor. 42 U.S.C. Mobile Police Department answer a call at the residence of Longleaf Gate. The victim spoke to the office look at this" video".

As the Two officer starting walking toward the black female lady sitting down in a brown chair. One of the officer's started talking as they approach the chair the Plaintiff was sitting on."

George Floyd Justice in Police Act of 03/03/2021 H.R.1280 117th congress (2021-2022 "What's Going On" The Plaintiff asked " Do You want to see my video" the officer responded "No!"

No Equal protection /no investigation racial discrimination, confrontation with two officer who had the opportunity make a decision to violated.14th amendment

The officer then asked the Plaintiff to "stand-up" to search for paraphernalia. The officer then searched the plaintiff in the groin area with no female officer present. The plaintiff made a verbal communication of discomfort and the officer conducting the search made no remark to respect her. 4th Amendment

I was never read my Miranda Rights ( 5th Amendment ) I told you what I was going to do.

The Plaintiff was standing calmly even though she was violated. The officer then proceeded to push her one arm behind her back with excessive force, which caused pain towards the Plaintiff. Out of confusion, she then looked at the officer and asked "What are you doing?" she then turned and looked at the other officer, looking for any ounce of help.

But sadly, he didn't say a word. She then turned and looked again at the officer still with her arm and hand tightly placed behind her back and repeated the same statement twice, but again neither officer said nothing. Both officers did not reply at all. The plaintiff was scared and afraid for her sacred life.

She was never told that she was detained under any circumstances.

She then turned back looking at the other officer out of confusion and complete shock. Then officer Bradley of Mobile police department placed his right boot sternly on the Plaintiffs right heel. Then firmly placed his left hand on the center of her back, still with her right arm constricted to her back. All of these actions led to a result of Monica being thrown with complete force face first into the pavement.

Ms. Taylor was unconscious for several on going minutes. With no sign of aid or compassion from the officers.

After the plaintiff came to the officer drug her to the car and threatened to tase Mrs.Monica.

This sheer act of violence resulted in the following documented injuries. Permanent hearing loss, a fractured front tooth, memory loss, migraines, speech issues and chronic ptsd.

To add, injuries to her lungs causing respiratory issues(Trouble breathing). Myocardial Contusion. Spinal injury.

The progress notes show that the act of violence was done with such force that the victim had a bleed on the brain when brought in to seek medical attention.

The plaintiffs head hit hard on the ground. The Officers action of applying excessive force and the blatant discriminatory behavior toward the plaintiff and the use of forcible and false arrest, Violation 42 U.S. C. 1983 without a warrant or probable cause

When I awaken from the fall I felt the sharp pain coming thru my body and the one officer was on top of me screaming quit resisting while his pressure of weight siting on my lower back. The other policer had my arm and wrist pin down to the ground.

The one on the top was saying quit resisting arrest. One of the police was yelling get up, I couldn't get up off the ground because of my disability condition. I was face down on the ground with no support to get off the ground.

When the officer snatched me up off the ground. I was being escorted to the patrol car, walking my legs gave out. While being placing me inside the patrol car, the Officer Smith threaten to violent user his taser. I Plaintiff advise him that I have a heart condition.

When I place inside the patrol car the officer, advise the neighbor to follow him. The officer charge me, why are you arresting me because if those find people.

## RELIEF

Wherefore petition prays that courts grants any all damages reliefs to the Plaintiff entitled in this proceeding for grants. The Plaintiff Monica Taylor should be reasonable accommodation, for her pain suffering and medical disability.

Due to the Suffering of the ongoing medical treatment the Plaintiff Monica Taylor is distress

Should be award in this case abuse, long term medical mental injury, and racial mark and suffering that the Police abuse it leave on mother and family. The recovering of from the abuse

Trauma is hard when you are older, it take longer for your body to heal and the counseling to recovering form the shock of dishonest, You have to live with the pain each and every day of your life,

The Mobile Police department is responsible for lack of training. Two Police officer chose to throw me on the ground, I should be compensation of 500,000.00

Moreover, Plaintiff seek any all damages or relief that this honor just and proper.

Enter an independent action to relief a party form a judgment order or proceeding

1 Grant the relief under 25 U. S. C 1655 to a Plaintiff who was not personally notified of the action of

2, Set aside a judge for fraud on the court

3 Bills writs abolished the following are abolish; bills of review, bills in the nature of review, and writs of coram nobis and audit querela.

Any further any reasonable relief timely to which she might be lawfully entitle motion is for Monica Taylor for relief court ruling.

CERTIFICATE OF SERVICE

I do hereby certify that on this 29th day September, 2023 a copy of the foregoing document

Was served hand deliver to United States District Court Southern of Alabama Clerk

155 st Joseph street Mobile Alabama 36602.

Respectfully submitted

Monica Taylor

6139 Foxtail Drive Mobile Al 36693