**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **MONICA TAYLOR,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 23-00328-KD-N |
| | ) |
| **CITY OF MOBILE POLICE** | ) |
| **DEPARTMENT,** *et al.*, | ) |
| | ) |
| **Defendants.** | |

## JUDGMENT

In accordance with the Order entered this date adopting the Report and Recommendation of the Magistrate Judge (doc. 20), as modified, as the opinion of the Court, it is **ORDERED, ADJUDGED and DECREED** that Plaintiff Monica Taylor's claims brought pursuant to 42 U.S.C. § 1983 are **dismissed with prejudice** as time-barred, and that Taylor's state law claims are **remanded** to the Circuit Court of Mobile County, Alabama.

**DONE** and **ORDERED** this the 28th day of May 2024.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**